UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE HECK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AUDIBLE, INC.,<br><br>Defendants. | Case No.: 2:23-cv-01219-JHC<br><br>**ORDER GRANTING DEFENDANTS AMAZON.COM, INC. AND AUDIBLE, INC.'S MOTION TO STAY DISCOVERY AND RELATED DEADLINES PENDING DECISION ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court on Defendants Amazon.com, Inc. and Audible, Inc.'s Motion to Stay Discovery and Related Deadlines Pending Decision on Defendants' Motion to Dismiss the Second Amended Complaint. Dkt. # 83. The Court reviewed: the Motion and all supporting materials, Plaintiff's opposition to the Motion and all supporting materials, and Defendants' reply and all supporting materials; pertinent portions of the record; and the applicable law. Being advised, for the reasons set forth in Defendants' papers, the Court GRANTS the Motion. Discovery in this matter is **STAYED.** The Court's September 8, 2023, Order Regarding Initial Disclosures and Joint Status Report (Dkt. # 76) is **VACATED**.

Dated this 13th day of October, 2023.

_____
Honorable John H. Chun
United States District Court Judge