UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Heck,<br><br>            Plaintiff,<br><br>    v.<br><br>Amazon.com, Inc. and Audible, Inc.,<br><br>            Defendants. | CASE NO. 2:23-cv-01219-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  Plaintiffs may file a Third Amended Complaint within 45 days.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 2nd day of February 2024.

Ravi Subramanian<br>
Clerk<br><br>
/s/Ashleigh Drecktrah<br>
Deputy Clerk

MINUTE ORDER - 1