UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA HECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AUDIBLE, INC.,<br><br>Defendants. | No. 2:23-cv-01219-JHC<br><br>**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES REGARDING DISCOVERY AND CLASS CERTIFICATION** |

Before the Court is the Parties' stipulated motion for relief from deadlines regarding discovery and class certification. Dkt. # 145. The Court grants the motion and sets the schedule regarding discovery and class certification proposed by the Parties as follows:

| | |
|---|---|
| Deadline to complete discovery on class certification | 04/1/2026 |
| Deadline for Plaintiffs to file motion for class certification and expert reports | 04/20/2026 |
| Deadline for Defendants to file rebuttal expert reports | 6/17/2026 |
| Close of expert discovery and deadline to file reply expert reports | 7/20/2026 |

**IT IS SO ORDERED.**

//

//

//

ORDER GRANTING JOINT MOTION FOR RELIEF FROM DEADLINES
Case No. 2:23-cv-01219-JHC - 1

DATED this 17th day of October, 2025.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION FOR RELIEF FROM
DEADLINES
Case No. 2:23-cv-01219-JHC - 2