UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA HECK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AUDIBLE, INC.,<br><br>Defendants. | Case No.: 2:23-cv-01219-JHC<br><br>**ORDER**<br><br><u>Note on Motion Calendar</u>:<br>October 21, 2025 |

THIS MATTER comes before the Court on Defendants Amazon.com, Inc.'s and Audible, Inc.'s Motion for Protective Order Precluding the Depositions of Amazon's VP of Audio, Twitch & Games, and Audible's Chief Product & Analytics Officer. The Court has reviewed the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the governing law. The Court does not find oral argument necessary.

Being fully advised, the Court DENIES the motion without prejudice. If Plaintiffs seek to schedule the deposition of Steve Boom or Andy Tsao, Defendants may renew their motion and seek a telephonic hearing with expedited letter briefing.

Dated this 21st day of October, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE