1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11  JULIA HECK, individually and on behalf of all
    others similarly situated,

12
                                Plaintiff,          No. 2:23-cv-01219-JHC
13
14            v.                                     **ORDER GRANTING PLAINTIFF'S
                                                     MOTION TO SEAL**
15  AMAZON.COM, INC. and AUDIBLE, INC.,

16                              Defendants.

17

18          Before the Court is Plaintiff's Motion to Seal.  Dkt. # 147.  For the reasons submitted by

19  the parties in support of the motion, *id.* and Dkt. # 156,  the Court GRANTS it.

20          DATED this 7th day of November, 2025.

21

22

23          John H. Chun
            UNITED STATES DISTRICT JUDGE
24

25

26

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL- 1