UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA HECK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AUDIBLE, INC.,<br><br>Defendants. | Case No.: 2:23-cv-01219-JHC<br><br>**ORDER GRANTING DEFENDANTS AMAZON.COM, INC.'S AND AUDIBLE, INC.'S MOTION TO SEAL PLAINTIFF'S MATERIALS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court is Defendants' Motion To Seal Plaintiff's Materials Submitted In Support Of Defendants' Motion for Summary Judgment. Dkt. # 158. Plaintiff does not oppose the motion.

**IT IS HEREBY ORDERED** that Defendants' Motion To Seal is **GRANTED.**

Dated this 24th day of November, 2025.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE