UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA HECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AUDIBLE, INC.,<br><br>Defendants. | No. 2:23-cv-01219-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL** |

Before the Court is Plaintiff's Motion to Seal.  Dkt. # 169.  For the reasons presented in the motion and the response materials, Dkt. ## 169, 178, 179 & 180, the Court grants the motion.

**IT IS SO ORDERED.**

DATED this 15th day of December, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

[ORDER GRANTING PLAINTIFF'S MOTION TO SEAL- 1