UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA HECK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AUDIBLE, INC.,<br><br>Defendants. | Case No.: 2:23-cv-01219-JHC<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO STAY DISCOVERY AND RELATED DEADLINES PENDING DECISION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br><u>Note on Motion Calendar</u>:<br>January 14, 2026 |

Before the Court is the parties' Joint Motion to Stay Discovery and Related Deadlines Pending Decision on Defendants' Motion for Summary Judgment. Dkt. # 183. Being fully advised, the Motion is **GRANTED**. The Clerk is hereby directed to **VACATE** the discovery and related deadlines set by the Court (Dkt. 152).

Dated this 14th day of January, 2026.

_____
John H. Chun
United States District Judge